

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MANUEL PEREZ,

        Petitioner,

    v.

DAVID MARIN,

        Respondent.

Case No. 5:26-cv-01241-SB-KES

ORDER ACCEPTING AS MODIFIED REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge. No objections to the Report and Recommendation were filed, because Respondent indicated that they do not oppose the Petition. Dkt. No. 10.

The Court therefore accepts the report, findings, and recommendations of the Magistrate Judge, grants the petition, and orders the following: Respondent shall immediately release Petitioner from custody and file a status report within 3 days confirming that he has been released.

The Magistrate Judge also recommends ordering Petitioner's counsel to file either a notice of voluntary dismissal or a supplemental memorandum of law

supporting the additional relief sought.  In prior cases where the government has not opposed immediate release, however, this Court has entered a permanent injunction—using language approved by the government—requiring compliance with the applicable law on any future redetention or third-country removal.  *See, e.g.*, *Garcia-Quiros v. Warden*, No. 5:26-cv-00439-SB-ADS (C.D. Cal. Jan. 31, 2026), Dkt. No. 22; *Karginov v. Bondi*, No. 5:26-cv-00329-SB-SP (C.D. Cal. Jan. 26, 2026), Dkt. No. 20.  It appears that similar relief is warranted here.

Absent objection by the parties, the Court shall enter the following additional relief and otherwise dismiss the petition:

1.    The government is enjoined and restrained from redetaining Petitioner absent any of the following:  (a) Petitioner's violation of his conditions of release pursuant to 8 C.F.R. § 241.13(i)(1); (b) a showing of changed circumstances under 8 C.F.R § 241.13(i)(2) considering all the facts of the case including the factors set forth in 8 C.F.R. § 241.13(f); or (c) a determination by an authorized official that any of the conditions of 8 C.F.R. § 241.4(l)(2) are satisfied.

2.    Respondents shall not remove Petitioner to a third country without written notice to Petitioner in a language the Petitioner can understand. Following notice, Petitioner must be given a meaningful opportunity, and a minimum of ten (10) days to raise a fear-based claim for protection under the Convention Against Torture prior to removal.  If Petitioner demonstrates "reasonable fear" of removal to the third country, Respondents must move to reopen Petitioner's removal proceedings.  If Petitioner is not found to have demonstrated a "reasonable fear" of removal to the third country, Respondents must provide a meaningful opportunity, and a minimum of fifteen (15) days, for Petitioner to seek reopening of his immigration proceedings.

Any objection to this additional relief shall be filed by no later than April 6.

2

If either Petitioner or Respondent files an objection, both parties shall appear in Courtroom 6C on April 10, 2026, at 8:30 a.m.  Otherwise, a permanent injunction will be entered on the terms stated above.


DATED:  March 31, 2026

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE