UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID MARIN,<br><br>    Defendant. | Case No. 5:26-cv-01241-SB-KES<br><br><br>ORDER GRANTING<br>PERMANENT INJUNCTION |

The Court adopted as modified the Magistrate Judge's Report and Recommendation, granted the habeas petition, ordered Petitioner immediately released from custody, and stated that it intended to enter permanent injunctive relief absent objection from the parties by April 6, 2026. Dkt. No. 12. Having received no objection, the Court orders as follows:

1. The government is enjoined and restrained from redetaining Petitioner absent any of the following: (a) Petitioner's violation of his conditions of release pursuant to 8 C.F.R. § 241.13(i)(1); (b) a showing of changed circumstances under 8 C.F.R § 241.13(i)(2) considering all the facts of the case including the factors set forth in 8 C.F.R. § 241.13(f); or (c) a determination by an authorized official that any of the conditions of 8 C.F.R. § 241.4(l)(2) are satisfied.

2. Respondents shall not remove Petitioner to a third country without written notice to Petitioner in a language the Petitioner can understand. Following notice, Petitioner must be given a meaningful opportunity, and a minimum of ten (10) days to raise a fear-based claim for protection under the Convention Against Torture prior to removal. If Petitioner demonstrates "reasonable fear" of removal to the third country, Respondents must move to reopen Petitioner's removal proceedings. If

1

Petitioner is not found to have demonstrated a "reasonable fear" of removal to the third country, Respondents must provide a meaningful opportunity, and a minimum of fifteen (15) days, for Petitioner to seek reopening of his immigration proceedings.


Date: April 9, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge