JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL PEREZ,<br><br>        Plaintiff,<br><br>v.<br><br>DAVID MARIN,<br><br>        Defendant. | Case No. 5:26-cv-01241-SB-KES<br><br><br>FINAL JUDGMENT |

For the reasons stated in the March 31, 2026 order accepting the Report & Recommendation as modified (Dkt. No. 12) and the permanent injunction entered this date, it is ordered and adjudged that:

1. The habeas corpus petition is granted.

2. The government is enjoined and restrained from redetaining Petitioner absent any of the following:  (a) Petitioner's violation of his conditions of release pursuant to 8 C.F.R. § 241.13(i)(1); (b) a showing of changed circumstances under 8 C.F.R § 241.13(i)(2) considering all the facts of the case including the factors set forth in 8 C.F.R. § 241.13(f); or (c) a determination by an authorized official that any of the conditions of 8 C.F.R. § 241.4(l)(2) are satisfied.

3. Respondents shall not remove Petitioner to a third country without written notice to Petitioner in a language the Petitioner can understand. Following notice, Petitioner must be given a meaningful opportunity, and a minimum of ten (10) days to raise a fear-based claim for protection under the Convention Against Torture prior to removal.  If Petitioner demonstrates "reasonable fear" of removal to the third country, Respondents must move to reopen Petitioner's removal proceedings.  If

1

Petitioner is not found to have demonstrated a "reasonable fear" of removal to the third country, Respondents must provide a meaningful opportunity, and a minimum of fifteen (15) days, for Petitioner to seek reopening of his immigration proceedings.

This is a final judgment.

Date: April 9, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge